UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 10-547
Plaintiff, )
)
v. )
) DETENTION ORDER
DAN PETRI, )
)
Defendant. )
)

Offense charged: Possession of Counterfeit or Unauthorized Access Devices

Date of Detention Hearing: January 11, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is a citizen and national of Romania. The United States alleges that he lacks legal status in the United States and, therefore, is in this country illegally. An immigration

DETENTION ORDER PAGE 1

detainer has been placed on defendant by the Bureau of Immigration and Customs Enforcement.

(2) Defendant has strong family ties to Romania, and none to either Canada or the United States. His financial information in unverified. His verification sources provided somewhat contradictory information.

(3) Defendant poses a risk of nonappearance due to his immigration status, and the lack of verification of his financial information, plus lack of ties to this country. If released, he would be taken into immigration custody and possibly deported. He poses a risk of danger due to the nature and circumstances of the instant offense.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of January, 2011.

Mary Alice Theiler
United States Magistrate Judge